E-FILED

Friday, 30 March, 2007  04:17:42 PM
Clerk, U.S. District Court, ILCD

# United States District Court

**FILED** CENTRAL DISTRICT OF ILLINOIS **SEALED**

MAR 30 2007

United States of America

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

v.

### CRIMINAL COMPLAINT

Gerardo Dominguez-Chacon,
Maria Del Pilar Marroquin,
UNSUB #1 aka Roberto Carmona-Diaz, UNSUB #2 aka Martin Corral, UNSUB #3 aka Jose Cuevas,
UNSUB #4 aka Ernesto Delagarza, UNSUB #5 aka Hermelinda Hernandez, UNSUB #6 aka Angel Ibarra,
UNSUB #7 aka Ruby Jaira-Garcia, UNSUB #8 aka Roel Madrigal, UNSUB #9 aka Juan Mireles,
UNSUB #10 aka Michelle Ramirez, UNSUB #11 aka Jose Ramos-Melendez, UNSUB #12 aka Gabriela Rios,
UNSUB #13 aka Dora Alicia Rivera, UNSUB #14 aka Jose Manuel Rodriguez, UNSUB #15 aka Maria Luisa Ruiz,
UNSUB #16 aka David Salinas, UNSUB #17 aka Eduardo Sanchez, UNSUB #18 aka Rudolph Sanchez,
UNSUB #19 aka Gilbert Sandoval, UNSUB #20 aka Salvador Suno-Gama, UNSUB #21 aka Alicia Torrez,
UNSUB #22 aka Michelle Vazquez, UNSUB #23 aka Abel Villarreal, UNSUB #24 aka Miguel Angel Zalazar, and
UNSUB #25 aka Sonia Zavala.

CASE NUMBER:  07-mj-3014

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  From on or about  December 18, 2006 through March 22, 2007  in  Cass  county, in the

Central  District of  Illinois  defendants did:

committed and aid and abetted the offense of aggravated identity theft;

in violation of Title  18  United States Code, Section  1028A .  I further state I am a  Senior
Special Agent, Department of Homeland Security, Immigration and Customs Enforcement  and this complaint is
Official Title
based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ William A. Hutton

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 30  2007  10:35 Am  at  Springfield, Illinois
Date                                                          City and State

Byron G. Cudmore                    s/ Byron G. Cudmore
U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

STATE OF ILLINOIS              )
                               )  ss
COUNTY OF SANGAMON             )

## A F F I D A V I T

I, William A. Hutton, the undersigned affiant, being duly sworn upon oath, depose and state as

follows:

1.      I am a Senior Special Agent (SSA) with the Department of Homeland Security,

Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003. I

was previously employed with the U.S. Immigration and Naturalization Service for

approximately nineteen (19) years.  I am currently assigned to the Springfield, Illinois office.

2.      I am responsible for enforcing and investigating violations of the Immigration and

Customs laws of the United States to include, but not limited to, Titles 8, 18, 19 and 21 of the

United States Code, including activities, which constitute fraudulent activity in connection with

identification documents, harboring of illegal aliens, and unlawfully employing illegal aliens.

3.      This affidavit is made in support of a criminal complaint against Gerardo

DOMINGUEZ-Chacon, DOB XX/25/1971, and Maria del Pilar MARROQUIN de Ramirez,

DOB XX/12/1966, charging them with committing and aiding and abetting aggravated identity

theft in violation of 18 U.S.C. §§ 1028A and 2.

This affidavit is also made in support of a criminal complaint against twenty-five

(25) unidentified individuals charging them with aggravated identity theft in violation of

18 U.S.C. § 1028A described as "UNSUB #1 through UNSUB #25;" using the following

aliases:

1.      UNSUB #1, AKA Roberto CARMONA-Diaz, SSN 612-18-xxxx,

DOB xx/07/1956.

2.      UNSUB #2, AKA Martin CORRAL, SSN 459-23-xxxx, DOB xx/11/1971.

3.      UNSUB #3, AKA Jose CUEVAS, SSN 379-90-xxxx, DOB xx/22/1981.

4.      UNSUB #4 AKA Ernesto DELAGARZA, SSN 451-87-xxxx, DOB xx/03/1980.

5.      UNSUB #5, AKA Hermelinda HERNANDEZ, SSN 459-21-xxxx, DOB xx/27/1957.

6.      UNSUB #6, AKA Angel IBARRA, SSN 463-77-xxxx, DOB xx/20/1979.

7.      UNSUB #7, AKA Ruby JAIRA-Garcia, SSN 523-85-xxxx, DOB xx/1971.

8.      UNSUB #8, AKA Roel MADRIGAL, SSN 457-61-xxxx, DOB xx/02/1982.

9.      UNSUB #9, AKA Juan MIRELES, SSN 466-59-xxxx, DOB xx/15/1974.

10.      UNSUB #10, AKA Michelle RAMIREZ, SSN 441-80-xxxx, DOB xx/24/1979.

11.      UNSUB #11, AKA Jose RAMOS-Melendez, SSN 582-39-xxxx, DOB xx/25/1975.

12.      UNSUB #12, AKA Gabriela RIOS, DOB SSN 456-89-xxxx, DOB xx/24/1978.

13.    UNSUB #13, AKA Dora Alicia RIVERA, SSN 584-05-xxxx, DOB xx/31/1964.

14.    UNSUB #14, AKA Jose Manuel RODRIGUEZ, SSN 581-79-xxxx, DOB Unknown.

15.    UNSUB #15, AKA Maria Luisa RUIZ, SSN 452-31-xxxx, DOB xx/25/1974.

16.    UNSUB #16, AKA David SALINAS, SSN 549-33-xxxx, DOB xx/22/1969.

17.    UNSUB #17, AKA Eduardo SANCHEZ, SSN 460-91-xxxx, DOB xx/04/1978.

18.    UNSUB #18, AKA Rudolph SANCHEZ, SSN 458-04-xxxx, DOB xx/19/1952.

19.    UNSUB #19, AKA Gilbert SANDOVAL, SSN 455-29-xxxx, DOB xx/11/1970.

20.    UNSUB #20, AKA Salvador SUNO-Gama, SSN 624-12-xxxx, DOB xx/19/1954.

21.    UNSUB #21, AKA Alicia TORREZ, SSN 463-43-xxxx, DOB xx/14/1974.

22.    UNSUB #22, AKA Michelle VAZQUEZ, SSN 584-91-xxxx, DOB Unknown.

23.    UNSUB #23, AKA Abel VILLARREAL, SSN 453-19-xxxx, DOB xx/12/1966.

24.    UNSUB #24, AKA Miguel Angel ZALAZAR, SSN 453-33-xxxx, DOB xx/08/1972.

25.    UNSUB #25, AKA Sonia ZAVALA, SSN 459-41-xxxx, DOB xx/09/1972.

4.    Title 18, United States Code, Section 1028A, states, among other things, that it is a federal crime for any person to knowingly transfer, possess, or use without lawful authority, a means of identification of another person during and in relation to a felony violation including Title 42 U.S.C. § 408(a)(7)(B).

5.    Title 42, United States Code, Section 408(a)(7)(B), states, among other things, that it is a federal crime for any person with intent to deceive, to falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person.

6.    Title 18, United States Code, Section 2, states, among other things, that it is a federal crime for any person to commit an offense against the United States or aid, abet, counsel, command, induce or procure its commission.

7.    I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted as well as that conducted by fellow officers and agents, and based on my conversations with other law enforcement officers who have engaged in investigations involving identity theft, harboring illegal aliens, and unlawfully employing illegal aliens.

8.    On December 8, 2006, SSA Kutz and I interviewed a source (hereinafter identified as CI-1) that is an employee of QUALITY SERVICE INTEGRITY, INC., "QSI."  QSI

is a company that provides cleaning and sanitation services for the Cargill Pork Processing Plant located in Beardstown, Illinois. QSI employs over 100 employees who work at the plant. CI-1 stated that Gerardo DOMINGUEZ, Plant Manager of QSI, knowingly hires illegal aliens to work at QSI. CI-1 stated that DOMINGUEZ has access to several assumed identities and would provide these identities to a new employee that was illegally in the United States. CI-1 admitted to being an illegal alien in the United States and stated that DOMINGUEZ is aware of this fact. CI-1 stated that DOMINGUEZ provided CI-1 with an assumed identity when he/she was hired at QSI.

9.      On December 18, 2006, SSA Kutz and I arrested three illegal aliens who were currently employed by QSI in Beardstown: CI-1; a second source (hereinafter identified as CI-2); and "Ortiz". All three claimed to be citizens of Mexico illegally in the United States. CI-1 reiterated the allegations previously made on December 8, 2006 against DOMINGUEZ and QSI. CI-2 corroborated these allegations and claimed that DOMINGUEZ, knowing that CI-2 was illegally in the Unites States, provided CI-2 with an assumed identity when he/she was hired at QSI. Ortiz claimed that DOMINGUEZ was aware of his illegal status in the United States. Both CI-1 and CI-2 stated that QSI employs approximately 150 employees, and that a majority of the employees are illegal aliens. All three were processed for removal proceedings. CI-1 and CI-2 were granted deferred action and allowed to temporarily remain in the United States.

10.     From January 6, 2007 through January 16, 2007, CI-1 and CI-2 provided me with the names and corresponding social security numbers of a majority of the active QSI employees. I provided these names and numbers to the Social Security Administration (S.S.A.) to ascertain if the names relate to the corresponding social security numbers. The S.S.A. advised me that fifty-one (51) of the social security numbers were valid and related to the corresponding names

(relating social security numbers). The S.S.A stated that a majority of relating social security numbers corresponded to an individual that was born in the United States. The S.S.A. also advised me that forty-seven (47) of the social security numbers were either invalid or did not relate to the corresponding name (non-relating social security numbers). In my experience with ICE and INS I have found that individuals using non-relating social security numbers are usually illegal aliens in the United States. I was unable to query the Immigration database pertaining to these forty-seven (47) individuals with the limited information I had at my disposal, i.e. unknown dates of birth.

11.    On January 22, 2007, a confidential informant (hereinafter identified as CI-3) attempted to gain employment at QSI without any documentation while equipped with audio and video recording devices. QSI employees Erica RODRIGUEZ, with the personnel department, and Barbara CAMPBELL, Safety Manager, interviewed CI-3 regarding prospective employment. CI-3 spoke Spanish throughout the interview process. RODRIGUEZ spoke both English and Spanish and served as an interpreter for CAMPBELL. CI-3 readily admitted to RODRIGUEZ to being an illegal alien in the United States and RODRIGUEZ relayed this information to CAMPBELL. RODRIGUEZ and CAMPBELL contemplated hiring CI-3 with the condition that CI-3 obtain identification by the end of the week. Ultimately it was decided that they would not hire CI-3 without some form of identification. RODRIGUEZ told CI-3 to return after obtaining identification, that a fake license would suffice and that they did not have to be good papers. CI-3 never spoke directly to DOMINGUEZ regarding employment on that date.

12.    On January 27, 2007, CI-2 placed a recorded phone call to DOMINGUEZ. CI-2 told DOMINGUEZ that CI-3 was an illegal alien acquaintance and that CI-3 was unable to obtain employment at QSI on January 22, 2007 without documentation. CI-2 asked

DOMINGUEZ if he would hire CI-3 without papers. DOMINGUEZ told CI-2 that he could not

hire CI-3 at that time without papers because people had been talking, which had caused him

problems, and people were watching him. DOMINGUEZ suggested that CI-2 and CI-3 travel to

Chicago and purchase some papers. DOMINGUEZ told CI-2 that if CI-3 returned to QSI with

the newly purchased papers, CI-3 would be hired.

13.     On January 27, 2007, CI-1 and CI-2 told me DOMINGUEZ maintained

information about current and former employees on a black 3 ½-inch computer floppy disk.

They stated that DOMINGUEZ kept this disk on his person and took it home with him when he

left QSI.

14.     On February 5, 2007, CI-3 returned to QSI equipped with an audio recording

device.  CI-3 was escorted into QSI at the beginning of the shift and attempted to gain

employment with a counterfeit alien registration document and a counterfeit social security card

while admitting to their lack of authenticity. The photo on the counterfeit alien registration

document did not resemble CI-3. CI-3 almost immediately encountered DOMINGUEZ and

readily admitted that the documents he/she was presenting were counterfeit documents and not

in his/her true name. DOMINGUEZ responded by telling CI-3 that it did not matter.

CAMPBELL advised CI-3, through a Spanish interpreter, to use the name listed on his

counterfeit documents and not his/her true name while completing the employment application

and related paperwork. (The recording device was turned off during the conversation between

CAMPBELL and CI-3, but SSA Kutz and I heard this conversation via the transmitter that was

worn by CI-3). QSI employee Maria MARROQUIN, with the personnel department, told CI-3

that she preferred that CI-3 leave, obtain a good social security under another name, and obtain

an identity document that portrayed CI-3's photo. MARROQUIN told CI-3 that it did not cost

much to have an identity document made in Chicago. Approximately halfway through the 6½-hour shift, DOMINGUEZ contemplated whether or not to let CI-3 remain at QSI utilizing the counterfeit documents. DOMINGUEZ knew that CI-3 was CI-2's acquaintance and DOMINGUEZ discussed the possibility of CI-3 obtaining new counterfeit documents that portrayed CI-3's photo. DOMINGUEZ also told CI-3 that the social security number provided by CI-3 was no good. DOMINGUEZ suggested that CI-3 borrow a good social security number from someone. DOMINGUEZ decided that CI-3 could work at QSI under the false name with the counterfeit documents and told CI-3 that he/she would have to get some money and buy new documents within one week. At the end of the shift, CI-3 departed QSI carrying the following issued equipment: a pair of rubber boots, a hardhat, a PVC/Nylon pair of pants, and a PVC/Nylon jacket with QSI's name on the back.

15.    On February 12, 2007, CI-1 and CI-2 told me that about 25 illegal aliens employed at QSI (described herein as UNSUB #1 through UNSUB #25) were using assumed identities to include "relating" social security numbers, some of them provided by DOMINGUEZ.

16.    On February 28, 2007, at about 12:30 A.M., CI-2 overheard DOMINGUEZ tell MARROQUIN to instruct the QSI employees utilizing assumed identities to obtain identification documents under their assumed identities portraying their respective photos.

17.    On March 2, 2007, CI-2 told me again that the aforementioned twenty-five employees (UNSUB #1 through UNSUB #25) using relating social security numbers are illegal aliens working under an assumed identity and that most are from Mexico. CI-2 provided me with information, if known, regarding the true names and ages of these twenty-five employees.

18.    On March 6, 2007, DOMINGUEZ told CI-2 to obtain an identification document under CI-2's assumed identity portraying CI-2's photo.

19.    On March 7, 2007, I completed the record checks pertaining to the suspected twenty-five identity fraud cases for QSI employees (UNSUB #1 through UNSUB #25) to ascertain criminal history, immigration related history and credit history. I conducted the credit history queries in the ACCURINT database, which is a database utilized by law enforcement that reflects where in the United States a particular social security number is being used to open a bank account, rent an apartment, apply for a credit card, or purchase anything on credit. ACCURINT records also reflect, in some States, if a person has a vehicle registered with that specific State. The following is a list of the twenty-five identities in question with the results of these queries. Also included is information obtained from CI-1 and/or CI-2 regarding the actual employee at QSI that is using the questionable identity.

(1)    UNSUB #1, the identity of Roberto CARMONA-Diaz, social security number 612-18-xxxx, belongs to a 50 year-old lawful permanent resident in the United States that was born in Mexico on xx/07/1956. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Beardstown, Illinois. CI-1 and CI-2 stated that the QSI employee utilizing this identity is a 19 year-old illegal alien from Mexico with the first name of Carlito.

(2)    UNSUB #2, the identity of Martin CORRAL, social security number 459-23-xxxx, belongs to a 35 year-old individual born in Texas on xx/11/1971. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in New Mexico. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history

queries revealed that an individual utilizing this identity has criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico, approximately 27 years-old, named Ricardo.

      (3)    UNSUB #3, the identity of Jose CUEVAS, social security number 379-90-xxxx, belongs to a 25 year-old individual that was born in Texas on xx/22/1981. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has recent criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 18 years-old.

      (4)    UNSUB #4, the identity of Ernesto DELAGARZA, social security number 451-87-xxxx, belongs to a 27 year-old individual that was born in Texas on xx/03/1980. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Carthage, Missouri. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that three separate individuals utilizing this identity have criminal history in various States, other than Illinois. CI-2 stated that the QSI employee utilizing this identity is an alien from Mexico who is approximately 25 years-old.

      (5)    UNSUB #5, the identity of Hermelinda HERNANDEZ, social security number 459-21-xxxx, belongs to a 50 year-old individual that was born in Texas on xx/27/1957. ACCURINT revealed that an individual utilizing this identity recently

obtained credit in and lists a current residence in Texas. ACCURINT also revealed that there are two vehicles currently registered to an individual utilizing this identity listing an address in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 28 years-old.

(6)    UNSUB #6, the identity of Angel IBARRA, social security number 463-77-xxxx, belongs to a 27 year-old individual that was born in Texas on xx/20/1979. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in North Carolina. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 23 years-old.

(7)    UNSUB #7, the identity of Ruby JAIRA-Garcia, social security number 523-85-xxxx, belongs to a 36 year-old individual that was born in Texas on xx/1971. ACCURINT revealed that an individual utilizing this identity obtained credit in and listed a residence in New Jersey from December 1997 through May 2000. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico, approximately 28 years-old, named Leticia.

(8)    UNSUB #8, the identity of Roel MADRIGAL, social security number 457-61-xxxx, belongs to a 24 year-old individual that was born in Texas on xx/02/1982. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Michigan. ACCURINT also disclosed that there was a vehicle registered to an individual utilizing this identity that expired in 2005 listing an address in Michigan. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that two separate individuals have criminal history utilizing this identity. One of the individuals has criminal history in various States, other than Illinois. The other individual has traffic violations in Mercer County, Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 25 years-old.

(9)    UNSUB #9, the identity of Juan MIRELES, social security number 466-59-xxxx, belongs to a 32 year-old individual that was born in Texas on xx/15/1974. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Mississippi. ACCURINT also revealed that there is a vehicle currently registered to and a phone number currently assigned to an individual utilizing this identity listing an address in Mississippi. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that three separate individuals have criminal history utilizing this identity in various States, other than Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 25 years-old.

(10)    UNSUB #10, the identity of Michelle RAMIREZ, social security number 441-80-xxxx, belongs to a 27 year-old individual that was born in Texas on xx/24/1979. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Kansas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Kansas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 22 years-old.

(11)    UNSUB #11, the identity of Jose RAMOS-Melendez, social security number 582-39-xxxx, belongs to a 31 year-old individual that was born in Puerto Rico on xx/25/1975. ACCURINT revealed that an individual(s) utilizing this identity recently obtained credit in and lists current residences in New York, Virginia and Indiana. ACCURINT also revealed that there are nine vehicles currently registered to an individual utilizing this identity listing an address in New York. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that two separate individuals utilizing this identity have criminal history in various States, other than Illinois. CI-1 stated that the QSI employee utilizing this identity is an illegal alien from Mexico.

(12)    UNSUB #12, the identity of Gabriela RIOS, social security number 456-89-xxxx, belongs to a 28 year-old individual that was born in Texas on xx/24/1978. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal

history queries revealed that an individual utilizing this identity has recent criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 23 years-old.

(13)    UNSUB #13, the identity of Dora Alicia RIVERA, social security number 584-05-xxxx, belongs to a 42 year-old individual that was born in Puerto Rico on xx/31/1964. ACCURINT revealed that an individual(s) utilizing this identity recently obtained credit in and list current residences in Puerto Rico and Chicago, Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 30 years-old and that her nickname is Durango, referring to the State she is from in Mexico.

(14)    UNSUB #14, the identity of Jose Manuel RODRIGUEZ, social security number 456-89-xxxx, belongs to an individual that was born in Puerto Rico and is 26 years-old. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Beardstown, Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico by the name of Jose Maria VILLEGAS who is approximately 24 years-old.

(15)    UNSUB #15, the identity of Maria Luisa RUIZ, social security number 452-31-xxxx, belongs to a 32 year-old individual that was born in Texas on xx/25/1974. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 32 years-old.

(16)    UNSUB #16, the identity of David SALINAS, social security number 549-33-xxxx, belongs to a 37 year-old individual that was born in Texas on xx/22/1969.

ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Wisconsin. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Beardstown, Illinois. Criminal history queries revealed that five separate individuals utilizing this identity have criminal history in various States. CI-1 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 22 years-old.

(17)    UNSUB #17, the identity of Eduardo SANCHEZ, social security number 460-91-xxxx, belongs to a 29 year-old individual that was born in Texas on xx/04/1978. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and, as of October of 2006, listed a residence in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico.

(18)    UNSUB #18, the identity of Rudolph SANCHEZ, social security number 458-04-xxxx, belongs to a 54 year-old individual that was born in Texas on xx/19/1952. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. ACCURINT also revealed that there are two vehicles currently registered to an individual utilizing this identity listing an address in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 50 years-old.

(19)    UNSUB #19, the identity of Gilbert SANDOVAL, social security number 455-29-xxxx, belongs to a 36 year-old individual that was born in Texas on xx/11/1970. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in New Mexico. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Texas and Missouri and none in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 26 years-old.

(20)    UNSUB #20, the identity of Salvador SUNO-Gama, social security number 624-12-xxxx, belongs to a 53 year-old lawful permanent resident that was born in Mexico on xx/19/1954. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in California. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that two separate individuals utilizing this identity have criminal history in States other than the State of Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 24 years-old.

(21)    UNSUB #21, the identity of Alicia TORREZ, social security number 463-43-xxxx, belongs to a 32 year-old individual that was born in Texas on xx/14/1974. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. ACCURINT also revealed that there were five vehicles registered to an individual utilizing this identity listing an address in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever

obtained credit or resided in Illinois. CI-1 stated that the QSI employee utilizing this identity is an illegal alien from Mexico by the name of Alejandra who is approximately 27 years-old.

(22)    UNSUB #22, the identity of Michelle VAZQUEZ, social security number 584-91-xxxx, belongs to an individual that was born in Puerto Rico and is 24 years-old. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Puerto Rico. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. CI-1 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 24 years-old.

(23)    UNSUB #23, the identity of Abel Bernardo VILLARREAL, social security number 453-19-xxxx, belongs to a 41 year-old individual that was born in Texas on xx/12/1966. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. ACCURINT also revealed that there were two vehicles that were registered to an individual utilizing this identity listing an address in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that three separate individuals utilizing this identity have criminal history in several States, other than the State of Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien who is approximately 27 years-old.

(24)    UNSUB #24, the identity of Miguel Angel ZALAZAR, social security number 453-33-xxxx, belongs to a 34 year-old individual that was born in Texas on xx/08/1972. ACCURINT revealed that an individual utilizing this identity recently

obtained credit in and lists a current residence in Utah. ACCURINT also revealed that there is a vehicle currently registered to an individual utilizing this identity listing an address in Utah. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 28 years-old.

(25)    UNSUB #25, the identity of Sonia ZAVALA, social security number 459-41-xxxx, belongs to a 34 year-old individual that was born in Texas on xx/11/1972. ACCURINT revealed that an individual utilizing this identity recently obtained credit in and lists a current residence in Texas. There is no evidence in ACCURINT that an individual utilizing this identity has ever obtained credit or resided in Illinois. Criminal history queries revealed that an individual utilizing this identity has criminal history in Texas and no criminal history in Illinois. CI-2 stated that the QSI employee utilizing this identity is an illegal alien from Mexico who is approximately 26 years-old.

20.    On March 9, 2007, DOMINGUEZ told CI-2 to obtain an identification document under CI-2's assumed identity containing CI-2's photo by March 13, 2007.

21.    On March 12, 2007, MARROQUIN provided CI-2 with information (Name, DOB, SSN, ID#, Height, Weight) pertaining to the assumed identity of CI-2. CI-2 was instructed to utilize this information in order to obtain a counterfeit identification document under this assumed identity. MARROQUIN wrote this information on a piece of paper, which she gave to CI-2.

22.    On March 12, 2007, CI-1 placed a recorded phone call to DOMINGUEZ. CI-1 asked DOMINGUEZ for information pertaining to CI-1's assumed identity in order to facilitate the purchase of a counterfeit identification document under CI-1's assumed identity. DOMINGUEZ told CI-1 that he did not have the information readily available, and instructed CI-1 to obtain the information from MARROQUIN that night at QSI.

23.    On March 12, 2007, I procured a counterfeit State identity document for CI-2 utilizing the information provided by MARROQUIN pertaining to CI-2's assumed identity. I gave this document to CI-2 to utilize at QSI.

24.    On March 16, 2007, MARROQUIN told CI-2 that the identification document he/she had provided was not as good as those documents obtained in Chicago and provided by many of the other employees using an assumed identity. MARROQUIN told CI-2 that she would present the document to DOMINGUEZ and subsequently advise if it was acceptable.

25.    On March 21, 2007, I received a list pertaining to individuals employed at QSI in Beardstown, Illinois during the fourth quarter of fiscal year 2006 from the Office of the Attorney General, State of Illinois.  This list contained sixty-six names and their respective social security numbers, in addition to those I had previously received from CI-1 and CI-2, pertaining to individuals who were potentially employed by QSI subsequent to December 31, 2006.  SA Kutz provided these names and numbers to the S.S.A. in order to ascertain if the names related to the corresponding social security numbers. The S.S.A. advised SA Kutz that thirty-eight of the numbers were relating numbers, and SA Kutz conducted credit history queries pertaining to these thirty-eight identities, which disclosed that twenty-five of them appear to be associated with identity fraud.  The S.S.A. also

advised SA Kutz that twenty-eight of the social security numbers were non-

relating social security numbers.

26.    On March 22, 2007, MARROQUIN advised CI-2 that she spoke to

DOMINGUEZ regarding the document provided by CI-2 and it was agreed that this

document would not suffice. MARROQUIN told CI-2 to obtain another document of

better quality.

27.    On March 29, 2007, CI-1 told me that DOMINGUEZ advised CI-1 to obtain new

documents, that the current identity being utilized by CI-1 would no longer

suffice. (CI-1 is presently utilizing a non-relating social security number).  CI-1

stated that DOMINGUEZ has been instructing other illegal alien employees to do

the same.  CI-1 also stated that he saw, while looking for a mop, a box containing

QSI employment records above the ceiling of the QSI office. CI-1 stated that

access to this area is available through the QSI office closet.

s/ William A. Hutton

_____
William A. Hutton, Senior Special Agent
Immigration and Customs Enforcement


Subscribed and sworn to before me on this ___30___ day of March, 2007 at _10:35 Am_

s/ Byron G. Cudmore

Honorable Byron G. Cudmore
United States Magistrate Judge