

E-FILED
Wednesday, 04 April, 2007  10:54:54 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 - MJ- 3017 |
| | ) | |
| GERARDO DOMINGUEZ-CHACON, | ) | |
| MARIA DEL PILAR MARROQUIN, | ) | |
| UNSUB #1 aka Roberto Carmona-Diaz, | ) | |
| UNSUB #2 aka Martin Corral, | ) | |
| UNSUB #3 aka Jose Cuevas, | ) | |
| UNSUB #4 aka Ernesto Delagarza, | ) | |
| UNSUB #5 aka Hermelinda Hernandez, | ) | |
| UNSUB #6 aka Angel Ibarra, | ) | |
| UNSUB #7 aka Ruby Jaira-Garcia, | ) | |
| UNSUB #8 aka Roel Madrigal, | ) | |
| UNSUB #9 aka Juan Mireless, | ) | |
| UNSUB #10 aka Michelle Ramirez, | ) | |
| UNSUB #11 aka Jose Ramos-Melendez, | ) | |
| UNSUB #12 aka Garbriela Rios, | ) | |
| UNSUB #13 aka Dora Alicia Rivera, | ) | |
| UNSUB #14 aka Jose Manuel Rodriguez, | ) | |
| UNSUB #15 aka Maria Luisa Ruiz, | ) | |
| UNSUB #16 aka David Salinas, | ) | |
| UNSUB #17 aka Eduardo Sanchez, | ) | |
| UNSUB #18 aka Rudolph Sanchez, | ) | |
| UNSUB #19 aka Gilbert Sandoval, | ) | |
| UNSUB #20 aka Salvador Suno-Gama, | ) | |
| UNSUB #21 aka Alicia Torrez, | ) | |
| UNSUB #22 aka Michelle Vazquez, | ) | |
| UNSUB #23 aka Abel Villarreal, | ) | |
| UNSUB #24 aka Miguel Angel Zalazar, and | ) | |
| UNSUB #25 aka Sonia Zavala, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter comes before the Court upon motion of the Government to unseal the file.

For the reasons presented in the motion, the Court unseals the file.

_____          April 4, 2007
JEANNE E. SCOTT                          Date
UNITED STATES DISTRICT COURT JUDGE