E-FILED
Monday, 09 April 2007 03:53:56 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

APR 0 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

GERARDO DOMINGUEZ-CHACON, ET AL.

**WARRANT FOR ARREST**

Case Number: 07-M-3017

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **UNSUB #4, AKA ERNESTO DELAGARZA**
NAME

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

committing and aiding and abetting the offense of aggravated identity theft;

RECEIVED 2007 MAR 30 P 3:43 MARSHALS SERVICE CENTRAL ILLINOIS

in violation of Title 18 United States Code, Sections 1028(A) & 2.

Byron G. Cudmore
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BAIL FIXED AT $ _no BAIL_    by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

March 30, 2007 at Springfield, Illinois
Date and Location

Byron G. Cudmore
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _Beardstown_

Name: Saul Sanchez-Gomez

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 03/30/07 | Bill Hutton | [signature] |
| Date of Arrest 04/04/07 | Title of Arresting Officer ICE | |