**E-FILED**
Wednesday, 02 May, 2007  04:25:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED

MAY - 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-300 47 |
| | ) | VIO:  18 U.S.C. § 1546 |
| RICARDO HERNANDEZ-ZAMORA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**I N D I C T M E N T**

THE UNITED STATES ATTORNEY CHARGES:

On or about February 21, 2005, in Beardstown, in the Central District of Illinois,

**RICARDO HERNANDEZ-ZAMORA,**

the defendant herein, used a false attestation, to wit: attesting that he was a citizen or national

of the United States, when in fact he was not, for the purpose of satisfying a requirement of

section 274(b) of the Immigration and Nationality Act that is on a Form I-9 to gain

employment at Quality Service Integrity, Inc.

In violation of Title 18, United States Code, Section 1546(b)(3).

A TRUE BILL,

s/Foreperson

FOREPERSON

s/John Childress

RODGER A. HEATON
UNITED STATES ATTORNEY
GMG